Case 10-55848    Doc 1    Filed 12/19/10    Entered 12/19/10 11:19:39    Desc Main
Document    Page 17 of 20

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Janet A Sodaro*                                                                                   Case No.
                                                                                                          Chapter  *7*

_____ / Debtor

Attorney for Debtor:   *Jeff Whitehead*


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.


Date: *12/18/2010*                                                              */s/ Janet A Sodaro*
                                                                                 Debtor

AT & T Universal Card
PO Box 6500
Sioux Falls, SD  57117

Capital One
PO Box 5294
Carol Stream, IL  60197-5294

Chase
PO Box 15153
Wilmington, Delaware  19886-5153

Chase Mortgage
P.O. Box 78116
Phoenix, Arizona  85062-8116

Codilis & Associates
15 W 030 N orth Frontage Road
Suite 100
Willowbrook, IL  60527

GEMB
PO Box 960061
Orlando, FL  32896-0061

Jeff Whitehead
700 W. Van Buren, #1506
Chicago, IL  60607

Michael D. Fine
131 S. Dearborn
Chicago, IL  60606

Randolph Crossing Condo Assoc
245 S East Ave
Oak Park, IL  60302

Janet A Sodaro
628 N Humphrey
1st Foor
Oak Park, IL  60302

Sun Trust
PO Box 79282
Baltimore, MD  21279

US Bank
PO Box 790408
Saint Louis, MO  63179-0408

**NOTICE TO CONSUMER DEBTORS
ON INFORMATION REQUIRED IN BANKRUPTCY CASES
(Pursuant to 11 U.S.C. 527(a)(2))**

The bankruptcy code requires you to provide complete and accurate information about your debts, property and financial affairs.  We take this requirement very seriously.  We want you to understand these requirements clearly.

(A)   All information that you are required to provide with a bankruptcy petition and thereafter during your bankruptcy case is required to be complete, accurate and truthful.

(B)   In the documents you have me file with the court to commence your bankruptcy case and thereafter, you must completely and accurately disclose all your assets and all of your liabilities.  You must provide the replacement value without deducting the costs of sale or marketing as of the date you file of each item of personal property (property other than real estate) that is subject to a lien or security interest.  You must make a reasonable inquiry to establish this value.  If you acquired the property primarily for personal, family or household purposes, "replacement value" means the price a retail merchant would charge for an item of that kind given the age and condition of the item at the time you file.

(C)   You must accurately provide after reasonable inquiry, your current monthly income, the amounts specified in 11 U.S.C. § 707(b)(2) and in a case under Chapter 13, disposable income (determined in accordance with § 707 (b)(2)).

(D)   Information you provide during your case may be audited pursuant to the Bankruptcy Code.  Failure to provide accurate information may result in dismissal of your case or other sanction including a criminal sanction.

I have received a copy of this notice

_____    _____    _____
Signature of Assisted Person             Date                         Address

_____                  _____
Printed Name of Assisted Person                              City, State, Zip

_____
Last 4 Digits of Social Security Number